# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R.BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>Chief Judge Edmund Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

## MOTION TO WITHDRAW

Crystal Morgan, attorney for the Plaintiff, Diana R. McClain, respectfully requests this Honorable Court to allow her to withdraw as attorney of record for the Plaintiff. As grounds, Movant would state that the Plaintiff no longer wishes to be represented by Mrs. Morgan and refuses to communicate with Mrs. Morgan. Plaintiff has signed an Agreed Order of Withdrawal, (Exhibit A), which shows that the Plaintiff no longer wishes for Mrs. Morgan to represent her in this matter. Additionally, attached to this Motion as Exhibit B is a letter from Mrs. Morgan to Plaintiff regarding the withdrawal.

Mrs. Morgan's withdrawal from the representation of Plaintiff in this matter will not prejudice the Plaintiff nor would such withdrawal delay proceedings in this matter.

Respectfully Submitted,

Crystal Morgan, BPR # 030802
106 N. Main St.
Ashland City, TN 37015
(615) 246-1193
Crystal.m.morgan@gmail.com

## CERTIFICATE OF SERVICE

    I, Crystal Morgan, hereby certifies that a true and exact copy of the foregoing Motion has been sent via US Mail, postage pre-paid to: Diana R. McClain at 1003 Ridgeview Dr., Pleasant View, TN 37146 and Kelsey Stokes, Attorney at Law, at 2800 Post Oak Blvd., Suite 4000, Houston, TX 77056 on this the __4__ day of __December__, 2018.

*Crystal Morgan*

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: DAVOL, INC./C.R.BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

Chief Judge Edmund Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

### AGREED ORDER OF WITHDRAWAL

This matter came to be heard on the _____ day of _____, 2018 before the United States District Court for the Southern District of Ohio, Eastern Division, and it appearing to the Court that, as evidenced by the signatures of counsel and of Plaintiff, Diana R. McClain, below, that Crystal Morgan should be allowed to withdraw as counsel for the Plaintiff, Diana R. McClain.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:**

1. Crystal Morgan is hereby allowed to withdraw as Counsel of Record and surety for Plaintiff, Diana R. McClain.

ENTERED this the _____ day of _____, 2018.

_____

Respectfully Submitted and Agreed To By:

*Crystal Morgan* (signature)

Crystal Morgan, BPR # 030802
106 N. Main St.
Ashland City, TN 37015
(615) 246-1193
crystal.m.morgan@gmail.com

*Diana R. McClain* (signature)

Diana R. McClain
Plaintiff
1003 Ridgeview Dr.
Pleasant View, TN 37146
(615) 746-3363

# EXHIBIT B

# Crystal Morgan, Esq.
## Attorney At Law
### Rule 31 Listed General Civil & Family Law Mediator

106 N. Main St., Ashland City, TN 37015
Phone: (615) 246-1193 Fax: (615) 203-0377
crystal.m.morgan@gmail.com

November 19, 2018

Diana R. McClain
1003 Ridgeview Dr.
Pleasant View, TN 37146

RE: Withdrawal as Attorney of Record

Dear Ms. McClain:

Please find enclosed the entire copy of your files as contained in my office. Please also note that I have included two (2) Agreed Orders of Withdrawal. Please sign the blank above your name and return to my office in the self-addressed stamped envelope provided so that I may file same with the Courts. I will remain your attorney of record with the Courts until the Agreed Orders are signed by you and myself and the Judges.

Sincerely-

Crystal M. Morgan

CMM
cc: File